No. 11-7293. Stephanie Shackleford, Petitioner v. Ron Havner.

No. 11-7317. Javier Diaz-Bey, Petitioner v. Ron Havner.

565 U.S. 1162, 132 S. Ct. 1102, 181 L. Ed. 2d 988, 2012 U.S. LEXIS 712.

January 17, 2012. Petitions for writs of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same cases below, 435 Fed. Appx. 229.

No. 11-7295. James Will Bonham, Petitioner v. United States District Court for the District of Arizona.

565 U.S. 1162, 132 S. Ct. 1136, 181 L. Ed. 2d 988, 2012 U.S. LEXIS 827.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-7297. Jamal D. Strickland, Petitioner v. Richard Gansheimer, Warden.

565 U.S. 1162, 132 S. Ct. 1103, 181 L. Ed. 2d 988, 2012 U.S. LEXIS 727.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-7298. Derrondas M. Reed, Petitioner v. David Rednour, Warden.

565 U.S. 1162, 132 S. Ct. 1103, 181 L. Ed. 2d 988, 2012 U.S. LEXIS 725.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 11-7301. Hashibo Dewitt Lacy, Petitioner v. Mark Nooth, Superintendent, Snake River Correctional Institution.

565 U.S. 1162, 132 S. Ct. 1103, 181 L. Ed. 2d 988, 2012 U.S. LEXIS 806.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 441 Fed. Appx. 472.

No. 11-7303. David Lynn Scott, Petitioner v. California.

565 U.S. 1162, 132 S. Ct. 1103, 181 L. Ed. 2d 988, 2012 U.S. LEXIS 793.

January 17, 2012. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 52 Cal. 4th 452, 129 Cal. Rptr. 3d 91, 257 P.3d 703.

No. 11-7309. Margaret Zoellick, Petitioner v. Lee Zoellick.

565 U.S. 1162, 132 S. Ct. 1103, 181 L. Ed. 2d 988, 2012 U.S. LEXIS 717.

January 17, 2012. Petition for writ of certiorari to the Supreme Court of Georgia denied.

No. 11-7310. Dolly G. Teters, Petitioner v. Nellie Flores.

565 U.S. 1162, 132 S. Ct. 1103, 181 L. Ed. 2d 988, 2012 U.S. LEXIS 774.

January 17, 2012. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.